```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Daemel Anderson,

                Plaintiff,                15 **CIVIL** 6246 (AJN)

        -v-                             **JUDGMENT**

City of New York, et al.,

                Defendants.
------------------------------------------------------------X

Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Alison J. Nathan, United States District Judge, and the Court, on September 25, 2017, having rendered its Memorandum & Order granting Defendants motion for summary judgment and directing the Clerk of Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated September 25, 2017, Defendants are granted summary judgment; accordingly, the case is closed.

**Dated:** New York, New York
           September 28, 2017

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                        **BY:**          *K. Mango*
                                                      **Deputy Clerk**